IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 05-440-20** |
| | : | |
| | : | |
| **ADRIAN McKENZIE** | : | |

### O R D E R

**AND NOW**, this __24th__ day of __July_____, 2020, it is hereby **ORDERED** that the Motion to Appoint the Federal Community Defender Office is **GRANTED**.  The Federal Community Defender Office for the Eastern District of Pennsylvania is **APPOINTED** to represent the above-named Defendant for the purpose of litigating a motion pursuant to Section 404 of the First Step Act.

**BY THE COURT:**

_____/s/ R. Barclay Surrick_____
**THE HONORABLE R. BARCLAY SURRICK**
**Senior United States District Court Judge**